**PETER J. TOMAO, ESQ.**
600 OLD COUNTRY ROAD
SUITE 328
GARDEN CITY, NY 11530
TELEPHONE: (516) 877-7015
EMAIL: ptomao@tomaolaw.com

March 20, 2025

Catherine O'Hagan Wolfe, Clerk of Court
US Court of Appeals for the 2nd Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

      Re:    USA v. McAdam
            Appeal Dkt #: 22-1268cr

Dear Ms. Wolfe:

I represent the Defendant-Appellant McAdam in the above-referenced appeal. I write to respectfully inquire into the status of this case. On August 13, 2024, I received the NOTICE OF SUBMISSION DATE FOR DETERMINATION OF APPEAL (Document 127) indicating that the submission date was Monday, September 16, 2024.

The only issue raised on appeal was "whether the district judge erred imposing the discretionary conditions of supervised release" namely conditions 7, 9, 14 and 15. Notably, the Court specifically directed that counsel address these conditions in its August 23, 2023, orders (Documents 61 and 62).

As we indicated in our brief filed on November 21, 2023, Mr. McAdam completed serving the incarceratory portion of his sentence and is currently on supervised release subject to the conditions challenged in the instant appeal.

                      Yours very truly,

                      s/ *Peter J. Tomao*

                      PETER J. TOMAO, ESQ.

cc: All Parties of Record (via ECF)