PETER J. TOMAO, ESQ.
600 OLD COUNTRY ROAD
SUITE 328
GARDEN CITY, NY 11530
TELEPHONE: (516) 877-7015
EMAIL: ptomao@tomaolaw.com

September 5, 2025

Catherine O'Hagan Wolfe, Clerk of Court
US Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Court House
40 Foley Square
New York, NY 10007

        Re:    USA v. McAdam
                  Appeal Dkt #: 22-1268cr

Dear Ms. Wolfe:

      We respectfully submit this letter pursuant to Rule 28(j) on behalf of the Defendant-Appellant McAdam in response to the government's letter dated September 2, 2025, directly the Court's attention to the recent en banc decision in *United States v. Maiorana*, No. 22-1115-cr, __ F.4th __, 2025 WL 2471027, 2025 U.S. App. LEXIS 22134 (2d Cir. Aug. 28, 2025). This docket entries in the instant case indicates that it was submitted for determination on September 16, 2024 (Document 127). to GEL, MP, SALM

      We agree with the government that the recent decision is relevant to the argument in the government's brief at pages 38-52. In *Maiorana*, this Court en banc "reject[ed]" and overruled this Court's prior decision in *United States v Truscello*, 168 F.3d 61 (2d Cir. 1999) on which the government relied at in its brief at pages 35, 36, 39, and 40. See 2025 U.S. App. LEXIS 22134, at *15.

      In the instant case, it is undisputed that the conditions to supervised release in issue, namely conditions 14 and 15, were not read or specifically incorporated by reference at sentencing or included in the PSR. Rather they were contained in a General Order which was not readily assessable on the district court's website. In fact, the District Court amended General Order #23 by an order dated December 15, 2023 (GB 22), three weeks after we filed our brief. General Order #23 (Amended) deleted Conditions 14 and 15 from the Standard Conditions of Supervised Release. See https://www.nynd.uscourts.gov/sites/nynd/files/general-orders/general%20order%2023%20amended.pdf.

      Pursuant to the *Maiorana*, the Court should order a limited remand for the district court to address the discretionary conditions of supervised release namely conditions 7, 9, 14 and 15. As we indicated in our brief filed on November 21, 2023, and our letter dated

March 20, 2025 (Document 131), Mr. McAdam completed serving the incarceratory portion of his sentence and is currently on supervised release subject to the conditions challenged in the instant appeal.

                                                          Yours very truly,

                                                          s/ *Peter J. Tomao*

                                                          PETER J. TOMAO, ESQ.

cc: All Parties of Record (via ECF)